UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: ROOMSTORE, INC.                    Case No. 11-37790-DOT
    Chapter 11 Debtor-in-Possession

## ORDER

For reasons stated in the Memorandum Opinion issued this date, the court finds that the Buy-Sell Agreement for Mattress Discounters Group, LLC, dated January 8, 2010, is an executory contract pursuant to provisions of 11 U.S.C. § 365(a), and that the Agreement has been rejected by debtor in accordance with its sixth notice of rejection of executory contracts and unexpired leases of nonresidential real property. Accordingly,

IT IS ORDERED that the objection filed by Mattress Discounters Group, LLC, through Raymond T. Bojanowski to debtor's sixth notice of rejection of certain executory contracts is OVERRULED and it is further

ORDERED that the January 8, 2010, "Buy-Sell Agreement for Mattress Discounters, LLC," between debtor, Raymond T. Bojanowski, and Mattress Discounters Group, LLC, is deemed rejected as of the March 16, 2012, rejection date set forth in debtor's sixth notice of rejection of certain executory contracts, and it is further

ORDERED that the motion of Mattress Discounters Group, LLC, through Raymond T. Bojanowski to strike debtor's amended Schedule G is DENIED, and it is further

ORDERED that the motion of Mattress Discounters Group, LLC, through Raymond T. Bojanowski for relief from the automatic stay is denied.

Signed: <u>June 4, 2012</u>

        <u>/s/ Douglas O. Tice Jr.</u>
DOUGLAS O. TICE JR.
CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Copies to:

Troy Savenko
Kaplan Voekler Cunningham & Frank, PLC
P.O. Box 2470
Richmond, Virginia 23218-2470
Counsel to the Debtor and Debtor-in-Possession

Stephen Giordano
12501 Patterson Avenue
Richmond, Virginia 23238
Debtor Designee

Tyler P. Brown
Justin F. Paget
Hunton & Williams
951 E. Byrd Street
Richmond, Virginia 23219
Counsel for Unsecured Creditors Committee

Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

William A. Gray
Sands Anderson PC
P.O. Box 1998
Richmond, VA 23218-1998

Mark B. Joachim
Arent Fox LLP
1050 Connecticut Avenue
Washington, DC, 20036

Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068