November 24, 2013

Kenco Mechanical, Ltd
Kenneth W. Kleypas, Registered Agent
10203 Chatterton Drive
Houston, TX  77043

In Re:  ROOMSTORE, INC - Debtor
        Chapter 7    Case No. 11937790-DOT

**RICHMOND DIVISION**
**FILED JAN - 7 2014 FILED**
CLERK
U.S. BANKRUPTCY COURT

Clerk of Court
United States Bankruptcy Court      → TWICE RETURNED TO ME
1100 East Main Street, Room 310
Richmond, VA  23219

Paula S Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Kevin G. Hroblak, Esquire
Whiteford, Taylor & Preston, L.L.P.
7 St Paul Street, Suite 1800
Baltimore, Maryland  21202

This *opposition* is in response to the Motion requesting that Kenco Mechancial, Ltd pay back money for air conditioning work **done in ordinary course of business pursuant to USC § 546 & 547.**  We were paid because the store needed heating and air conditioning to continue to do business and they continually assured us that we would be paid - which is why they OWE us $5,868.01 without interest in past due invoices. Kenco Mechanical, Ltd will not be paying RoomStore, Inc.

This work was requested and **performed continually before *and* after they filed for bankruptcy in ordinary course of business.**  Kenco Mechanical performed this work in good faith that RoomStore would honor their agreement.

This is in response to the Notice of Motion & Notice of Hearing received November 22, 2013.

Respectfully,

*[signature]*

Kenneth Kleypas

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ROOMSTORE, INC. | ) | Case No. 11-37790-DOT |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION AND
## NOTICE OF HEARING

PLEASE TAKE NOTICE that Lynn L. Tavenner, Chapter 7 Trustee, (the "Trustee"), by counsel, filed the Trustee's Motion For An Order Establishing Avoidance Claims Procedures And Memorandum In Support Thereof (the "Motion"). A copy of the Motion is being served electronically simultaneously herewith.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within three (3) days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the relief requested.**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then within three (3) days before the hearing date you or your attorney must:

☒    File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1. You must mail or otherwise file it early enough so the Court will receive it on or before the due date identified herein.

> Clerk of Court
> United States Bankruptcy Court
> 1100 East Main Street, Room 310
> Richmond, VA. 23219

[handwritten: TWICE RTND TO ME]

You must also serve a copy on:

---

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Trustee*

MAILED AGAIN 12/6/13
SAME ADDRESS WITH COPY
OF THIS ENVELOPE

Clerk of Court
United States Bankruptcy Court
1100 East Main Street, Room 310
Richmond, VA

Kenco Mechanical, Ltd
10203 Chatterton Dr
Houston, TX   77043



Kenco Mechanical, Ltd
10203 Chatterton Dr
Houston, TX   77043