IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| In re: | ) | |
|---|---|---|
| | ) | |
| ROOMSTORE, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 11-37790-KLP |
| _____ | ) | |

## FIRST REPORT OF SETTLEMENTS OF AVOIDANCE ACTIONS

Pursuant to this Court's Order Approving Procedures and Permitting Trustee to Prosecute and Compromise Avoidance Claims (the "Procedures Order," Docket No. 1755) in the above-referenced chapter 7 case of RoomStore, Inc., the Chapter 7 Trustee, Lynn L. Tavenner (the "Trustee") hereby provides the following report of Avoidance Actions settled in the Fourth Quarter of 2013.

| Defendant | AP number | Amount of Transfers within 90 days | Terms of Settlement |
|---|---|---|---|
| American Furniture Manufacturing, Inc. | Unfiled | $17,816.84 | $12,500.00, plus 502(h) waiver |
| Carroll Plaza, LLC | Unfiled | $77,703.85 | $46,623.00, plus 502(h) waiver |
| Certegy Check Services, Inc. | Unfiled | $29,429.20 | $18,007.38, plus 502(h) waiver |
| CII Engineered Systems, Inc. | Unfiled | $9,903.27 | $4,686.07, plus 502(h) waiver |
| Database Marketing Group, Inc. | Unfiled | $13,207.20 | $11,886.48, plus 502(h) waiver |

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Bradford F. Englander, VSB # 36221
Justin P. Fasano (VSB # 75983)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
benglander@wtplaw.com

*Special Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

| Defendant | AP number | Amount of Transfers within 90 days | Terms of Settlement |
|---|---|---|---|
| Duke Energy Carolinas, LLC | Unfiled | $8,995.71 | $2,000.00, plus 502(h) waiver |
| Duke Energy Progress d/b/a Progress Energy Carolinas | Unfiled | $30,819.37 | $3,500.00, plus 502(h) waiver |
| Federated Publications, Inc. d/b/a Tallahassee Democrat | Unfiled | $6,190.21 | $5,250.00, plus 502(h) waiver; defendant retains Claim No. 1066 in the amount of $7,006.72 |
| Franklin Corporation | Unfiled | $239,122.12 | $90,135.74; defendant retains any timely filed proofs of claim, as supplemented by the payment amount |
| Guernsey Office Products, Inc. | Unfiled | $37,917.60 | $5,000.00, plus 502(h) claim waiver |
| Hekbel, LLC | Unfiled | $52,246.69 | $5,000.00, plus 502(h) waiver |
| Klaussner Industries, Inc. | Unfiled | $385,030.06 | Payment of $41,722.12; plus waiver of allowed 503(b)(9) claim in the amount of $56,777.88 |
| Lifestyle Solutions, Inc. | Unfiled | $20,736.50 | $17,152.15, plus 502(h) waiver |
| Matera Paper Company, Inc. | Unfiled | $7,342.32 | $1,500.00, plus 502(h) waiver |
| Najarian Furniture Company, Inc. | Unfiled | $27,758.60 | Waiver of all claims against Trustee, Debtor or Debtor's estate, including allowed administrative claim in the amount of $21,473.33 [D.I. 1673], and 502(h) claim |
| PAETEC | Unfiled | $23,087.95 | $2,866.76, plus 502(h) waiver |
| Printing Services, Inc. | Unfiled | $7,684.73 | $2,500.00, plus 502(h) waiver and waiver of all claims filed or scheduled in the Debtor's bankruptcy case |

| Defendant | AP number | Amount of Transfers within 90 days | Terms of Settlement |
|---|---|---|---|
| Progressive Furniture, Inc. | Unfiled | $15,159.55 | $9,000.00, plus 502(h) waiver; defendant retains Claim No. 1389 in the amount of $124,164.16 |
| Regency Enterprises, Incorporated | Unfiled | $22,184.38 | $11,750.00; plus 502(h) waiver and waiver of all claims filed or scheduled in the Debtor's bankruptcy case |
| Republic Services, Inc. t/a Allied Waste | Unfiled | $15,475.52 | $2,500.00, plus 502(h) waiver |
| South Carolina Electric & Gas Company | Unfiled | $10,668.38 | $1,306.83, preserves filed proofs of claim, as supplemented by the payment amount |
| Southwest Freight Distributors | Unfiled | $23,744.86 | $21,370.37, plus 502(h) waiver |
| Standard Furniture, Inc. | Unfiled | $37,530.29 | $7,839.08, plus 502(h) claim waiver. |
| Standard Life Insurance Company | Unfiled | $51,603.20 | $5,000.00, plus 502(h) waiver |
| Steve Silver Company | 13-03262 | $127,818.74 | Reduction in administrative claim by $75,000 (from $206,978.34 to $131,978.34) |
| Union Pacific Railroad Company | Unfiled | $7,550.00 | $6,795.00, plus 502(h) waiver |
| Yuan Tai Furniture, Inc. | Unfiled | $9,904.00 | $3,400.00, plus 502(h) waiver |

**(signatures on next page)**

Dated:  January 15, 2014  Respectfully submitted,

/s/ *Bradford F. Englander*
Bradford F. Englander, VSB # 36221
Justin P. Fasano, VSB # 75983
WHITEFORD, TAYLOR & PRESTON, L.L.P.
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
benglander@wtplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, a copy of the foregoing *First Report of Settlements of Avoidance Actions* was served by first class mail, postage prepaid to the United States Trustee at

Judy A. Robbins
Office of the U.S. Trustee - Region 4 -R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

*/s/ Justin P. Fasano*
Counsel

*75624*

4