# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| IN RE: <br><br> RoomStore, Inc. <br><br> DEBTOR. | CASE NO. 11-37790-KLP <br> CHAPTER 7 |

## NOTICE OF MOTION TO RECOVER UNCLAIMED FUNDS

Dilks & Knopik, LLC as assignee to Pamela S. Gross, by and through the undersigned counsel, Tommy Andrews, Jr., Tommy Andrews Jr., P.C., has filed a Motion to Recover Unclaimed Funds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not wish the Court to grant the relief sought in the motions, or if you want the Court to consider your views on the motions, then on or before 21 days from the date of this motion, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). You must also mail a copy to:

US Bankruptcy Court
Attn: Clerk of Court
701 East Broad Street, Suite 4000
Richmond VA
23219

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** You must also mail a copy to the persons listed below:

Tommy Andrews, Jr.
TOMMY ANDREWS JR., P.C.
122 North Alfred Street
Alexandria, Virginia 22314

US Attorney
919 E. Main Street, Suite 1900
Richmond, VA 23219

US Trustee
U.S. Courthouse
701 East Broad St., Suite 4304
Richmond, VA 23219


**TOMMY ANDREWS, JR., P.C.**

Dated: 1/2/an    /s/ Tommy Andrews, Jr.
                 Tommy Andrews, Jr., # 28544
                 122 North Alfred Street
                 Alexandria, Virginia 22314
                 (703) 838-9004
                 Counsel for Dilks & Knopik, LLC
                 As assignee to
                 Pamela S. Gross

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2 day of January, 2020, a copy of the foregoing Notice of Motion to Recover Unclaimed Funds was served by first class mail, postage prepaid, by hand delivery, and/or via electronic case filing system to:

U.S. Attorney
919 E. Main Street, Suite 1900
Richmond, VA 23219

U.S. Trustee
U.S. Courthouse
701 East Broad St., Suite 4304
Richmond, VA 23219

/s/ Tommy Andrews, Jr.
Tommy Andrews, Jr.